IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY CHAMPAGNE, POLINA IOFFE, and STASSA MARK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>J. CREW GROUP, LLC,<br><br>                Defendant. | Civil Action No. 1:23-cv-07231-CM<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stefan Bogdanovich, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

    I am in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 3, 2023                          Respectfully Submitted

                                                                  */s/ Stefan Bogdanovich*

                                                  Stefan Bogdanovich
                                                 Bursor & Fisher, P.A.
                                                 1990 N. California Blvd., Suite 940
                                                 Walnut Creek, CA 94596
                                                 Telephone: (925) 300-4455
                                                 Facsimile: (925) 407-2700
                                                 Email: sbogdanovich@bursor.com



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### STEFAN BOGDANOVICH

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that STEFAN BOGDANOVICH, **#324525,** was on the **20th day of December, 2018,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **7th day of September 2023.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Tao Zhang, Deputy Clerk