UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

COURTNEY CHAMPAGNE, POLINA IOFFE, and STASSA MARK, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

J. Crew Group, LLC

    Defendant.

1:23 Civ. 07231 (CM)

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Meegan Brooks hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant J. Crew Group, LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 24, 2023

Respectfully Submitted,

Applicant Signature: *Meegan Brooks* (signature)
Applicant's Name: Meegan Brooks
Firm Name: Benesch, Friedlander, Coplan & Aronoff LLP
Address: 100 Pine Street, Suite 3100
City/State/Zip: San Francisco, CA 94111
Telephone/Fax: 628.600.2250
Email: mbrooks@beneschlaw.com



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MEEGAN BAY BROOKS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify MEEGAN BAY BROOKS #298570 was on the 29th day of October 2014 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of October 25th, 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Florentino Jimenez, Assistant Deputy Clerk*