UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY CHAMPAGNE, POLINA IOFFE, and STASSA MARK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>J. CREW GROUP, LLC,<br><br>    Defendant. | Case No. 1:23-cv-07231-CM<br><br>Hon. Colleen McMahon<br><br>**AFFIDAVIT IN SUPPORT OF PRO HAC VICE APPLICATION OF MEEGAN BROOKS** |

1

I, Meegan Brooks, declare as follows:

1. I am an attorney at Benesch Friedlander Coplan and Aronoff LLP and submit this affidavit in support of my application to appear pro hac vice as counsel for Defendant J.Crew Group, LLC.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States, the State of New York, and the State of California that the foregoing is true and correct.

Executed this 24th day of October, 2023 in San Francisco, California.

_____
Meegan Brooks

**CALIFORNIA JURAT**                                          GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  San Francisco

Subscribed and sworn to (or affirmed) before me on this 24th day of October, 20 23, by

(1) Meegan Bay Brooks

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public



Erick Howells
COMM# 2394127
NOTARY PUBLIC—CALIFORNIA
San Francisco County
MY COMM. EXPIRES 2/16/2026

*Place Notary Seal and/or Stamp Above*

---------- **OPTIONAL** ----------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association