UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY CHAMPAGNE, POLINA IOFFE, and STASSA MARK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J. CREW GROUP, LLC<br><br>Defendant. | Civil Action No.: 1:23-CV-07231-CM<br><br>**PLAINTIFFS COURTNEY CHAMPAGNE AND STASSA MARK'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i).** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Courtney Champagne and Stassa Mark hereby voluntarily dismiss their claims against defendant J. Crew Group, LLC without prejudice. Each part shall bear its own attorneys' fees and costs.

*However*, Plaintiff Polina Ioffe is ***not*** dismissing her claim and shall contemporaneously file a First Amended Class Action Complaint.

Dated: November 13, 2023                                  **BURSOR & FISHER, P.A**.

                                                                                  By:    */s/ Stefan Bogdanovich*         
                                                                                            Stefan Bogdanovich

                                                                                  Joshua Arisohn
                                                                                  1330 Avenue of the Americas, 32nd Floor
                                                                                  New York, NY 10019
                                                                                  Telephone: (646) 837-7150
                                                                                  Facsimile: (212) 989-9163
                                                                                  Email: jarisohn@bursor.com

1

>L. Timothy Fisher (*pro hac vice*)
>Stefan Bogdanovich (*pro hac vice*)
>1990 North California Blvd., Suite 940
>Walnut Creek, CA 94596
>Telephone: (925) 300-4455
>Facsimile:  (925) 407-2700
>E-mail: ltfisher@bursor.com
>         sbogdanovich@bursor.com

*Attorneys for Plaintiffs*